# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:24-cv-00115-GCM

| | |
|---|---|
| **JOSEPH WAYNE RIDDLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **C.J. WILSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's "Interrogatories[,] Requests for Admission[, and] Dispositions of Fact Witnesses." [Doc. 21].

Pro se Plaintiff is currently detained at the McDowell County Jail in Marion, North Carolina. On April 17, he filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Complaint survived initial review in accordance with the Court's Order and the Court entered its Pretrial Order and Case Management Plan. [Docs. 6, 13]. Recently, the Court allowed Plaintiff to amend and supplement his Complaint. [Docs. 18, 20].

Plaintiff has now filed a discovery request directed to Defendants. [Doc. 21]. This filing is improper and will be stricken from the record in this matter. As Plaintiff was expressly advised in the Order of Instructions, discovery requests are not filed with the Court. [See Standing Order, ¶ 7]. They should only be served on the opposing party. Moreover, a pro se plaintiff cannot serve documents on an opposing party by filing them with the Court.

**Plaintiff is cautioned to review the Standing Order of Instructions, the Local Rules of this Court, and the Federal Rules of Civil Procedure before filing documents with this Court. Any future improper filings may be summarily dismissed and/or stricken from the**

**record.**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Interrogatories[,] Requests for Admission[, and] Dispositions of Fact Witnesses" [Doc. 21] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED.**

Signed: September 16, 2024

Graham C. Mullen
United States District Judge